IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIM A. YAHAYA, <br><br> Plaintiff, <br><br> v. <br><br> MAXIM HEALTH CARE SERVICES INC; JOHN DOE DECISION MAKERS (Plural 1-10; AND JOHN DOE OWNERS AND OPERATORS (Plural 1-10), <br><br> Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil No. 10-5557 (JBS/KMW) <br><br> **ORDER** |

    This matter having come before the Court upon the motion of Defendant Maxim Health Care Services, Inc., for summary judgment [Docket Item 29]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

    IT IS this **12th** day of **December, 2012** hereby

    ORDERED that Defendant's motion for summary judgment is GRANTED; and it is further

    ORDERED that the Clerk shall close this case upon the docket.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      Chief U.S. District Judge